```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

REBECCA DONNER,

               Plaintiff,

  - against -

DER SPIEGEL GMBH & CO. KG, ET AL.,

               Defendants.

23-cv-8196 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **December 12, 2023,** at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           December 5, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                      United States District Judge