```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

REBECCA DONNER,

                Plaintiff,        23-cv-8196 (JGK)

- against -                   ORDER

DER SPIEGEL GMBH & CO. KG, ET AL.,

                Defendants.

The deadline for the plaintiff to file an amended complaint is **January 5, 2024**. The defendant may answer or move to dismiss the amended complaint by **February 2, 2024**. The deadline for the plaintiff to respond or raise any alternative motion to transfer venue is **February 23, 2024**. The defendant may reply by **March 8, 2024**. If the plaintiff files an alternative request to transfer venue in its February 23, 2024 response, the defendant should address this in its March 8, 2024 filing. The plaintiff may then reply on **March 22, 2024**.

SO ORDERED.

Dated:    New York, New York
            December 12, 2023

                                            _____
                                            John G. Koeltl
                                            United States District Judge