```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

REBECCA DONNER,

                Plaintiff,

      - against -

DER SPIEGEL GMBH & Co. KG, ET AL.,

                Defendants.

23-cv-8196 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 21.

SO ORDERED.

Dated:    New York, New York
           March 18, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                             United States District Judge