# Nathan A. Holcomb
ESQ, PC

nholcomb@holcombpc.com
125 Park Ave., 25th Floor, New York, NY 10017
646.819.0303
www.holcombpc.com

July 16, 2024

**BY ECF**

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

RE:  *__Rebecca Donner v. DER SPIEGEL__*, No. 23-CV-08196-JGK (S.D.N.Y. 2023)

Dear Judge Koeltl:

I represent Plaintiff Rebecca Donner in the above-captioned matter. I write with the consent of counsel for the Defendants to respectfully request a revision to the July 30, 2024 date set for oral argument in the Court's July 12, 2024 Order (ECF 36) in order to accommodate previously booked travel during the last week of July. This is Plaintiff's first request for an adjournment of this oral argument. I have conferred with Defendants' counsel, who does not object to this request. All counsel have confirmed their current availability on August 5, 9, 12, 15, or 16 as potential alternative dates.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Nathan A. Holcomb*
Nathan A. Holcomb

Cc:    All counsel of record (by ECF)

*The Conference is scheduled for August 5, 2024 at 3:00 p.m.*
*So ordered.*
*John G. Koeltl*
*7/16/24    U.S.D.J.*