UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBECCA DONNER,

      Plaintiff,

- against -

DER SPIEGEL GMBH & CO. KG, ET AL.,

      Defendants.

23-cv-8196 (JGK)

ORDER

  As discussed at the oral argument held on August 5, 2024, the plaintiff is directed to provide supplemental briefing addressing what prejudice, if any, would be caused by the failure to transfer this case to another District, and how the Court would determine whether to transfer the case to Arizona or California.

  The time for the plaintiff to submit briefing on this question is **August 12, 2024**. The time for the defendants to respond is **August 16, 2024**.

SO ORDERED.

Dated: New York, New York
    August 6, 2024

              _____
               John G. Koeltl
              United States District Judge