**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REBECCA DONNER,

                      Plaintiff,

     -against-                                  23 **CIVIL** 8196 (JGK)

## JUDGMENT

DER SPIEGEL GMBH & CO. KG, ET AL.,

                      Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 4, 2024, the Court has considered all of the arguments of the parties in this case. To the extent that they are not discussed, those arguments are either moot or without merit. The defendants' motion to dismiss for lack of personal jurisdiction is granted. The plaintiff's motion to transfer venue is denied; accordingly, the case is closed.

**Dated:** New York, New York

      September 5, 2024

                                                      **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                          **BY:**    *K. Mango*

                                                  **Deputy Clerk**