```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 05, 2025
```

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of March, two thousand twenty-five.

Rebecca Donner,

    Plaintiff - Appellant,

v.

Der Spiegel GMBH & Co. KG, Spiegel-Verlag Rudolf Augstein GMBH & Co. KG,

    Defendants - Appellees.

**ORDER**
Docket No. 24-2654

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the Appellant has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/05/2025